1  DANIEL MALAKAUSKAS
2  P.O. Box 7006
   Stockton, CA 95267
3  Tel: 866-790-2242
   Fax: 888-802-2440
4  daniel@malakauskas.com

5  Attorney for PLAINTIFF:
   Aurora Cervantes

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                           **FRESNO DIVISION**

11

12  AURORA CERVANTES,                    Case No.:  1:14-cv-00153-LJO-GSA

13                                       **ORDER GRANTING DISMISSAL**

14          PLAINTIFF,
                                         [Fed. R. Civ. P. 41]
15

16      v.

17
    BOOT BARN INC., WESTERN RANCH
18  PLAZA, LLC, and DOES 1-10, inclusive,

19          DEFENDANTS.

20

21      **IT IS HEREBY ORDERED**, that this action be **dismissed, WITH PREJUDICE**, pursuant

22  to Federal Rules of Civil Procedure 41(a)(1).  The Clerk of Court is directed to close the case.

23

24  **SO ORDERED**
    **Dated: April 3, 2014**
25
                                            **/s/ Lawrence J. O'Neill**
26                                          **United States District Judge**

27

28

ORDER GRANTING DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)